IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Scholz Design, Inc.<br>3131 Executive Parkway<br>Toledo, Ohio 43606, | : <br> : <br> : | Case No._____<br>**07 CIV 11045** |
| Plaintiff, | : | **COMPLAINT** |
| vs. | : | **Plaintiff Demands a Jury Trial** |
| Kevin Maher<br>28 Zachary Taylor<br>Stony Point, New York 19080 | : <br> : <br> : | **JUDGE CONNER** |
| And | : | |
| Blanchard Gate, LLC<br>20 Squadron Blvd., Suite 270<br>New City, New York 10956 | : <br> : <br> : | |
| And | : | |
| MBC Contractors, Inc.<br>  c/o Patrick J. Magee<br>27 Old Gate Hill Avenue<br>Stony Point, New York 10980 | : <br> : <br> : <br> : | |
| And | : | |
| Eric Knute Osborn<br>7 Joyce Plaza<br>Stony Point, New York 10980 | : <br> : <br> : | |
| Defendants. | | |

Plaintiff Scholz Design, Inc. ("Scholz") complains against Defendants Kevin Maher, Blanchard Gate, LLC, MBC Contractors, Inc., and Eric Knute Osborn (collectively "Defendants") as follows:

## THE PARTIES

1. Scholz is a Delaware corporation with its principal place of business in Toledo, Ohio.

2. Defendant Kevin Maher is a New York resident.

3. Defendant Blanchard Gate, LLC is a New York limited liability company and is the owner of the home located at 8 Sergeant Schwartz Court, Stony Point, New York (the "House").

4. Defendant MBC Contractors, Inc. is a New York corporation and is the builder of the House.

5. Defendant Eric Knute Osborn is a New York resident and is the architect who prepared the architectural drawings for the House.

## JURISDICTION AND VENUE

6. This Court has personal jurisdiction over each Defendant.

7. This Court has subject matter jurisdiction over this civil action for copyright infringement pursuant to 28 U.S.C. § 1331 and § 1338(a).

8. Venue is proper pursuant to 28 U.S.C. § 1391 and § 1400.

## BACKGROUND

9. Scholz is engaged in the research, development, creation and sale of architectural home designs and drawings. Scholz has developed a network of licensed or registered builders for Scholz designs. Scholz's home designs are sold internationally and in interstate commerce.

10. Scholz has authored architectural designs and drawings entitled "The Kimbleton A 111" (the "Kimbleton Design"). A true and accurate copy of the abridged version of the Kimbleton Design is attached as **Exhibit A**.

11. The Kimbleton Design is an original work of authorship and constitutes copyrightable subject matter under the copyright laws of the United States (17 U.S.C.A. §101 *et seq.*). Scholz is the author of the Kimbleton Design and the current claimant in the copyright of the Kimbleton Design.

12. Scholz has complied in all respects with the copyright laws of the United States and has secured the exclusive rights and privileges in and to the Kimbleton Design. Scholz has applied

for and received from the Register of Copyrights the appropriate Certificates of Copyright Registration for the Kimbleton Design. True and accurate copies of the Certificates of Copyright Registration for the Kimbleton Design are attached as **Exhibit B**.

13. Commencing on the date of first publication, and consistently thereafter, the Kimbleton Design has been published by Scholz in conformity with the copyright laws of the United States.

14. Without Scholz's prior knowledge or permission and after Scholz obtained the Certificates of Copyright Registration for the Kimbleton Design, Defendants prepared, or induced, caused, or materially contributed to the preparation of, certain architectural drawings for the House by copying the Kimbleton Design. Specifically, Defendants have used the drawings and otherwise induced, caused, or directed the wrongfully copied Kimbleton Design to be used or exploited in the construction of the House. True and accurate copies of photographs of the House are attached as **Exhibit C**.

15. Upon information and belief, Defendants participated in the infringing activities, including but not limited to the copying of the Kimbleton Design, the preparation of the architectural drawings for the House, and the construction of the House.

16. Defendants' actions violate Scholz's exclusive copyrights in the Kimbleton Design and those actions constitute an infringement of Scholz's copyrights under 17 U.S.C.A. § 106.

17. Upon information and belief, Defendants' copyright infringement was knowing, willful and intentional.

18. Defendants' actions have caused, and will continue to cause, irreparable damage to Scholz for which there exists no adequate remedy at law.

19. During the pendency of this action, and permanently thereafter, Defendants should be enjoined and restrained from copying, preparing derivative works based upon, or otherwise infringing upon, directly or indirectly, Scholz's copyright in the Kimbleton Design.

20. Scholz is entitled to recover all damages suffered as a result of Defendants' wrongful acts, including but not limited to profits obtained by Defendants as a result of their wrongful acts and the loss of profits sustained by Scholz. In the alternative, Scholz is entitled to recover statutory damages in an amount to be determined by the Court. Scholz is also entitled to recover all reasonable attorney's fees, court costs and interest on said damages from the date of Defendants' infringement.

WHEREFORE, Plaintiff Scholz Design, Inc. demands judgment as follows:

A. An order from this Court preliminarily and permanently enjoining and restraining Defendants and their respective agents, along with those in active participation with Defendants, from copying, preparing derivative works based upon, or otherwise infringing upon, directly or indirectly, Scholz's copyright in the Kimbleton Design in accordance with 17 U.S.C.A. §502;

B. A monetary judgment against Defendants, jointly and severally, for Scholz's damages and the profits derived by Defendants from their unauthorized use of the Kimbleton Design and infringement upon Scholz's copyrights in that design; or, in the alternative, statutory damages in an amount to be determined by the Court based upon Defendants' intentional, willful and deliberate copyright infringement in accordance with 17 U.S.C.A. §504;

C. An award of all reasonable attorney's fees and costs incurred by Scholz in pursuit of its copyright infringement claims, along with interest and all damages from the date of Defendants' infringements in accordance with 17 U.S.C.A. §505; and

D.  All other legal and equitable relief as the Court deems just and appropriate.

Respectfully submitted,

*[signature]* (MS 2879)

Frank J. Ciano, Esq. (FC – 4981)
Michael D. Shalhoub, Esq. (MS - 2879)
GOLDBERG SEGALLA LLP
170 Hamilton Avenue, Suite 203
White Plains, New York 10601-1717
Telephone: (914) 798-5410
Fax: (914) 798-5410
E-MAIL: fciano@goldbergsegalla.com
mshalhoub@goldbergsegalla.com

*Of Counsel:*
James L. Rogers (0039743)
Tiffany E. Courtney (0080982)
EASTMAN & SMITH LTD.
One SeaGate, 24th Floor
P. O. Box 10032
Toledo, Ohio 43699-0032
Telephone: (419) 241-6000
Fax: (419) 247-1777
E-MAIL: jlrogers@eastmansmith.com
tecourtney@eastmansmith.com

**Attorneys for Plaintiff**



# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-157-956**


EFFECTIVE DATE OF REGISTRATION

SEP 11 2002
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼  
The Kimbleton A 111

NATURE OF THIS WORK ▼ See Instructions  
Architectural Technical Drawings of Coversheet Consisting of 1 Sheets.

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼  
**a** Scholz Design, Inc.

DATES OF BIRTH AND DEATH  
Year Born ▼ N/A   Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?  
☒ Yes    ☐ No

Author's Nationality or Domicile  
Citizen of ▶ USA  
Domiciled in ▶ Ohio, USA

Was This Author's Contribution to the Work  
Anonymous? ☐ Yes ☒ No  
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
- ☐ 3-Dimensional sculpture
- ☐ 2-Dimensional artwork
- ☐ Reproduction of work of art
- ☐ Map
- ☐ Photograph
- ☐ Jewelry design
- ☒ Technical drawing
- ☐ Text
- ☐ Architectural work

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼  
**b** N/A

DATES OF BIRTH AND DEATH  
Year Born ▼ N/A   Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?  
☐ Yes   ☐ No

Author's Nationality or Domicile  
Citizen of ▶  
Domiciled in ▶

Was This Author's Contribution to the Work  
Anonymous? ☐ Yes ☐ No  
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
- ☐ 3-Dimensional sculpture
- ☐ 2-Dimensional artwork
- ☐ Reproduction of work of art
- ☐ Map
- ☐ Photograph
- ☐ Jewelry design
- ☒ Technical drawing
- ☐ Text
- ☐ Architectural work

**3** **a** Year in Which Creation of This Work Was Completed  
2001 ◀ Year in all cases.

**b** Date and Nation of First Publication of This Particular Work  
Month ▶ 09   Day ▶ 06   Year ▶ 01  
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Scholz Design, Inc.  
3131 Executive Parkway, 2nd Floor  
Toledo, OH 43606

APPLICATION RECEIVED  
SEP 11 2002  
ONE DEPOSIT RECEIVED  
SEP 11 2002  
TWO DEPOSITS RECEIVED  
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

RECEIVED DEC 27 2002

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼
N/A                                                                    N/A

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                           Account Number ▼

N/A                                              N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

James P. Barnhart, Design & Engineering
SCHOLZ DESIGN, INC.
3131 Executive Parkway, 2nd Floor
Toledo, OH 43606

Area code and daytime telephone number ▶ (419) 531-1601           Fax number ▶ (419) 534-6360
Email ▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                              ☐ author
                           check only one ▶   ☐ other copyright claimant
                                              ☐ owner of exclusive right(s)
                                              ☒ authorized agent of   Scholz Design, Inc.
                                                 Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
James P. Barnhart, Design & Engineering             Date ▶ 9-4-02

Handwritten signature (X) ▼
/s/ James P. Barnhart

Certificate
will be
mailed in        Name ▼
window           James P. Barnhart, Design & Engineering
envelope         SCHOLZ DESIGN, INC.
to this          Number/Street/Apt ▼
address:         3131 Executive Parkway, 2nd Floor
                 City/State/ZIP ▼
                 Toledo, OH 43606

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30.

\*17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000       ⊛ PRINTED ON RECYCLED PAPER       ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV June 1999

# CERTIFICATE OF REGISTRATION



FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

VA 1-157-955

EFFECTIVE DATE OF REGISTRATION
Sep 11 20-02

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

The Kimbleton A 111

NATURE OF THIS WORK ▼ See instructions
Architectural Work/Building Not Yet Constructed
Consisting of   1   Sheets.

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼
a  Scholz Design, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
N/A            N/A

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ Ohio, USA

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☒ Architectural work

NAME OF AUTHOR ▼
b  N/A

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
N/A            N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☒ Architectural work

**3** Year in Which Creation of This Work Was Completed
a 2001 ◀ Year in all cases. This information must be given

Date and Nation of First Publication of This Particular Work
b Complete this information ONLY if this work has been published.
Month ▶ 09    Day ▶ 06    Year ▶ 01
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Scholz Design, Inc.
3131 Executive Parkway, 2nd Floor
Toledo, OH 43606  Phone: 419-531-1601

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 11 2002
ONE DEPOSIT RECEIVED
SEP 11 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
               • See detailed instructions
               • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

RECEIVED DEC 2 7 2002



| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

N/A

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                             Account Number ▼

N/A                                                 N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

James P. Barnhart, Design & Engineering
SCHOLZ DESIGN, INC.
3131 Executive Parkway, 2nd Floor
Toledo, OH 43606
Area code and daytime telephone number ▶ (419) 531-1601         Fax number ▶ (419) 534-6360
Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __Scholz Design, Inc.__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

James P. Barnhart, Design & Engineering                    Date ▶ 9-4-02

Handwritten signature (X) ▼
X _James P. Barnhart_

Certificate will be mailed in window envelope to this address:

Name ▼ James P. Barnhart, Design & Engineering
SCHOLZ DESIGN, INC.
Number/Street/Apt ▼
3131 Executive Parkway, 2nd Floor
City/State/ZIP ▼
Toledo, OH 43606

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30.

*17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000            ♻ PRINTED ON RECYCLED PAPER                ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999



