EO_Rule_7_1_Statement_Deft_Eric_Osborn.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                        :           ECF CASE

**SCHOLZ DESIGN, INC.,**      :

                        :          **07 CV 11045 (WCC)**

            **Plaintiff,**      :

     -against-              :          <u>**RULE 7.1 STATEMENT**</u>

                        :

**KEVIN MAHER, et al.,**     :

            **Defendants.**  :

                        :
------------------------------------------------------------------------x

       Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant, **Eric Knute Osborn** (an individual) certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: **NONE**.

**Dated:**    **New York, New York**
             **January 7, 2008**

                                 */s/ Carl E. Person*
                                 _____
                                 **Carl E. Person   (CP  7637)**
                                 **Attorney for the Defendant,**
                                    **Eric Knute Osborn**
                                 **325 W. 45th Street - Suite 201**
                                 **New York, NY 10036-3803**
                                 **(212) 307-4444**

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing

**RULE 7.1 STATEMENT**

was served on the attorney for Plaintiff by causing the same to be delivered by first class mail, postage pre-paid to:

**Frank J. Ciano, Esq.**
**Michael D. Shalhoub, Esq.**
**GOLDBERG SEGALLA LLP**
**170 Hamilton Avenue - Suite 203**
**White Plains NY  10601-1717**

**James L. Rogers, Esq.**
**Tiffany E. Courtney, Esq.**
**EASTMAN & SMITH, LTD.**
**One SeaGate, 24th Floor**
**P.O. Box 10032**
**Toledo OH  43699-0032**

**Dated:   January 7, 2008**

_____
                **Carl E. Person**