EO_Notice_Appear_Deft_Eric_Osborn.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                       :

**SCHOLZ DESIGN, INC.,**                            :       ECF CASE

                                                  :     07 CV 11045 (WCC)
                             **Plaintiff,**       :
            -against-                     :     <u>**NOTICE OF APPEARANCE**</u>
                                                  :

**KEVIN MAHER, et al.,**                     :
                             **Defendants.**    :
                                                  :
-------------------------------------------------------------------x

       Please take notice that the undersigned counsel, Carl E. Person, is appearing as counsel on behalf of the Defendant, **Eric Knute Osborn.**

**Dated:**    **New York, New York**
            **January 7, 2008**

                                               */s/ Carl E. Person*
                                             _____
                                             **Carl E. Person  (CP  7637)**
                                             **Attorney for the Defendant,**
                                                 **Eric Knute Osborn**
                                             **325 W. 45th Street - Suite 201**
                                             **New York, NY 10036-3803**
                                             **(212) 307-4444**

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing

### NOTICE OF APPEARANCE

was served on the attorney for Plaintiff by causing the same to be delivered by first class mail, postage pre-paid to:

>Frank J. Ciano, Esq.
>Michael D. Shalhoub, Esq.
>GOLDBERG SEGALLA LLP
>170 Hamilton Avenue - Suite 203
>White Plains NY  10601-1717
>
>James L. Rogers, Esq.
>Tiffany E. Courtney, Esq.
>EASTMAN & SMITH, LTD.
>One SeaGate, 24th Floor
>P.O. Box 10032
>Toledo OH  43699-0032

**Dated:   January 7, 2008**

_____
                **Carl E. Person**