AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Scholz Design, Inc.

V.

Kevin Maher, Blanchard Gate, LLC, MBC
Contractors, Inc. and Eric Knute Osborn

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**'07 CIV 11045**

**JUDGE CONNER**

TO: (Name and address of Defendant)

Kevin Maher, 28 Zachary Taylor, Stony Point, NY 19080
Blanchard Gate, LLC, 20 Squadron Blvd., Suite 270, New City, NY 10956
MBC Contractors, Inc. c/o Patrick J. Magee, 27 Old Gate Hill Ave., Stony Point, NY 10980
Eric Knute Osborn, 7 Joyce Plaza, Stony Point, NY 10980

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frank J. Ciano, Esq.
Michael D. Shalhoub, Esq.
Goldberg Segalla LLP
170 Hamilton Avenue
Suite 203
White Plains, NY 10601

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

DATE  DEC - 5 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  DECEMBER 18, 2007 |
| NAME OF SERVER *(PRINT)*  FRANK MAZZELLA | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 7 PCYE PLAZA, STONY-POINT, NEW YORK 10980 (ERIC KNYTE OSBORN).

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  DECEMBER 18, 2007       *[signature]*
　　　　　　　Date　　　　　　　　　Signature of Server

1070 MIDDLE COUNTRY ROAD
SELDEN, NEW YORK 11784
　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.