AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Scholz Design, Inc.

V.

Kevin Maher, Blanchard Gate, LLC, MBC Contractors, Inc. and Eric Knute Osborn

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: '07 CIV 11045

JUDGE CONNER

TO: (Name and address of Defendant)

Kevin Maher, 28 Zachary Taylor, Stony Point, NY 19080
Blanchard Gate, LLC, 20 Squadron Blvd., Suite 270, New City, NY 10956
MBC Contractors, Inc. c/o Patrick J. Magee, 27 Old Gate Hill Ave., Stony Point, NY 10980
Eric Knute Osborn, 7 Joyce Plaza, Stony Point, NY 10980

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frank J. Ciano, Esq.
Michael D. Shalhoub, Esq.
Goldberg Segalla LLP
170 Hamilton Avenue
Suite 203
White Plains, NY 10601

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE   DEC - 5 2007



RECEIVED MAR 10 2008 USDC

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 3/6/2008 |
| NAME OF SERVER *(PRINT)* Shaun J. Pilcher | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:
  Female who identified herself as the Wife of Kevin Maher. 8 Sgt. Schwartz Ct., Stony Point, NY

☐ Returned unexecuted: Female, White, 5'4" - 5'6", Blonde, 110lbs - 125Lbs.

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $28.08 | SERVICES $182.00 | TOTAL $210.08 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/7/2008
                    Date

Signature of Server

Tappan, NY 10983
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.