UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SCHOLZ DESIGN, INC.,

                              Plaintiff,                        07 CIV 11045 (WCC)

        -against-                                  **RULE 7.1 STATEMENT**

KEVIN MAHER, BLANCHARD GATE, LLC,
MBC CONTRACTORS, INC. and
ERIC KNUTE OSBORN
                            Defendants.
-----------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and to enable District Court Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MBC CONTRACTORS, INC. (a private non-governmental party), and BLANCHARD GATE, LLC (a private non-governmental party) certifies that:

      1.    There are no corporate parents, and no affiliates and/or subsidiaries of MBC CONTRACTORS, INC. which are publicly held.

      2.    There are no corporate parents, and no affiliates and/or subsidiaries of BLANCHARD GATE, LLC which are publicly held

Dated: Pearl River, New York
       March 19, 2008, 2008

                                                      STEPHEN P. MANDRACCHIA (SM 7442)
                                                    Attorney for  BLANCHARD GATE, LLC and
                                                    MBC CONTRACTORS, INC.
                                                    c/o Hudson Technologies
                                                    PO Box 1541, One Blue Hill Plaza, 14th Floor
                                                    Pearl River, New York  10965
                                                    (845) 735-6000
                                                    fax (845) 512-6070