IN THE UNITED STATES DISRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Scholz Design, Inc., | : | ECF CASE |
| Plaintiff, | : | <u>ANSWER</u> |
| vs. | : | 07 CIV 11045 (WCC) |
| Kevin Maher, et al., | : | |
| Defendants. | : | |

Defendant Kevin Maher ("Maher") answers Plaintiff Scholz Design, Inc.'s Complaint in the above-captioned matter by and through his attorneys as follows:

1. Maher is without information sufficient to form a belief concerning the allegations in paragraph 1 of the Complaint, and therefore, denies the same.

2. Maher admits the allegations in paragraphs 2, 3, 4, 5, 6, 7, and 8 of the Complaint.

3. Maher is without information sufficient to form a belief concerning the allegations in paragraphs 9, 10, 11, 12 and 13 of the Complaint, and therefore, denies the same.

4. Maher denies the allegations in paragraphs 14, 15, 16, 17, 18, 19 and 20 of the Complaint.

WHEREFORE, Defendant Maher requests this Court to deny Plaintiff's request for relief and find for the Defendant and reimburse Defendant for his attorney's fees and costs for defending this action.

Dated: March 26, 2008

Respectfully submitted,

*Ned W. Branthover* (signature)

Ned W. Branthover
ABELMAN, FRAYNE & SCHWAB
666 Third Avenue – 10th Floor
New York, NY 10017
Telephone: (212) 949-9022
Fax: (212) 949-9190
E-MAIL: nwbranthover@lawabel.com

Attorney for Defendant Kevin Maher

## CERTIFICATE OF SERVICE

This is to certify that on this day, the 26th of March, 2008, I electronically filed the foregoing Answer to Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Frank J. Ciano, Esq.
> Michael D. Shalhoub, Esq.
> Goldberg Segalla LLP
> 170 Hamilton Avenue- Suite 203
> White Plains, NY 10601
>
> *Attorneys for Plaintiff Scholz Designs, Inc.*
>
> Stephen Paul Mandracchia
> Hudson Technologies Company
> Po Box 1541, One Blue Hill Plaza
> Pearl River, NY 10965
>
> *Attorney for Defendants Blanchard Gate, LLC and MBC Contractors c/o Patrick J. Magee*
>
> Eric Knute Osborn
> Carl E. Person
> Carl E. Person - An Individual Practitioner
> 325 W. 45th St. - Suite 201
> New York, NY 10036
>
> *Attorney for Defendant Eric Knute Osborn*

---
Ned W. Branthover
*Attorney for Defendant Kevin Maher*